Iron Workers Supply Company, Appellant, v. Isaac Levingson, Respondent.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Bernard Isaacs, Respondent, v. George W. Decker, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Simon Kirschbaum and Others, as Executors, etc., of Moses May, Deceased, Respondents, v. John O. Heald, Appellant.—Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Emma R. Klencke, Respondent, v. Kathryne G. Doremus, Appellant.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Abraham Lachmann and Jacob Lachmann, Respondents, v. The People of the State of New York and Others, Defendants, Impleaded with Kate M. Brookfield, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.